**IT IS ORDERED as set forth below:**

**Date: February 26, 2018**

_Wendy L. Hagenau_
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

CRYSTAL GAYLE COPELAND        :        CHAPTER 13
                              :
Debtor.                       :        CASE NO.: 17-66113-WLH
                              :

**CONSENT ORDER GRANTING DEBTOR'S MOTION TO SUSPEND PLAN PAYMENTS FOR JANUARY, FEBRUARY AND MARCH 2018**

On January 5, 2018, Debtor filed a "Motion to Suspend Plan Payments for January, February and March 2018" (the "Motion") (Doc. No. 20) and set the hearing on the Motion for February 14, 2018. Prior to the call of the calendar, an agreement was reach between counsel for the Trustee and counsel for the Debtor. Based upon agreement of the parties and review of the record, it is hereby

**ORDERED** that Debtor's plan payments are suspended for January 2018 through March 2018, and the Debtor shall resume payments to the Trustee in April 2018. Upon resumption of payments in April 2018, the Debtor shall make payments on a strict

compliance basis for 12 months such that if the Debtor has an unexcused delinquency in payments during that period, the Trustee may file a supplemental report of non-compliance with the Court and the case shall be dismissed without further hearing on the matter. It is

**FURTHER ORDERED** that the Debtor shall amend her Schedules I and J if she should secure alternative employment or other income.

The Clerk of Courts is directed to distribute this Order to the parties included on the attached Distribution List.

[END OF DOCUMENT]

Prepared by,

\_\_\_/s/_____
Howard Slomka, Esq.
Georgia Bar No. 652875
Slipakoff and Slomka, PC
2859 Paces Ferry Rd, SE
17th Floor
Atlanta, GA 30339
Attorney for the Debtor


Consented to by:

\_\_\_/s/_____
Ryan Williams, Esq.
Georgia Bar No. 940874
Staff Attorney
Nancy J Whaley Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303

DISTRIBUTION LIST

Nancy J Whaley
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303

Crystal Gayle Copeland
3417 Windcliff Drive SE
Marietta, GA 30067

SEE ATTACHED FOR ADDITIONAL CREDITORS

```
Label Matrix for local noticing          CREDIT MANAGEMENT LP                    Chase
113E-1                                   4200 INTERNATIONAL PKWY                 P.O. Box 15298
Case 17-66113-wlh                        CARROLLTON, TX 75007-1912               Wilmington, DE 19850-5298
Northern District of Georgia
Atlanta
Fri Feb 23 14:35:54 EST 2018

Crystal Gayle Copeland                   (p)FIFTH THIRD BANK                     (p)GEORGIA DEPARTMENT OF REVENUE
3417 Windcliff Dr Se                     MD# ROPS05 BANKRUPTCY DEPT              COMPLIANCE DIVISION
Marietta, GA 30067-8374                  1850 EAST PARIS SE                      ARCS BANKRUPTCY
                                         GRAND RAPIDS MI 49546-6253              1800 CENTURY BLVD NE SUITE 9100
                                                                                 ATLANTA GA 30345-3202

I C SYSTEM INC                           Internal Revenue Service                JD Receivables LLC
PO BOX 64378                             P.O. Box 7346                           Agent for Metro Atlanta Ambulance Servic
SAINT PAUL, MN 55164-0378                Philadelphia, PA 19101-7346             PO Box 382656
                                                                                 Germantown, TN 38183-2656


(p)JEFFERSON CAPITAL SYSTEMS LLC         National Credit System                  Roswell Auto Imports
PO BOX 7999                              3750 NATURALLY FRESH BLV                2103 Austell Road Sw
SAINT CLOUD MN 56302-7999                ATLANTA, GA 30349-2964                  Marietta, GA 30008-4143



Scana Energy Marketing                   Howard P. Slomka                        Suntrust Bank
3344 PEACHTREE RD NE STE                 Slipakoff & Slomka, PC                  PO BOX 85052
ATLANTA, GA 30326-4808                   Overlook III - Suite 1700               RICHMOND, VA 23285-5052
                                         2859 Paces Ferry Rd, SE
                                         Atlanta, GA 30339-6213

The Grandstand Apartments                U. S. Attorney                          Nancy J. Whaley
3500 Windcliff Dr SE                     600 Richard B. Russell Bldg.            Nancy J. Whaley, Standing Ch. 13 Trustee
Marietta, GA 30067-8300                  75 Ted Turner Drive, SW                 303 Peachtree Center Avenue
                                         Atlanta GA 30303-3315                   Suite 120, Suntrust Garden Plaza
                                                                                 Atlanta, GA 30303-1216
```

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Fifth Third Bank                         Georgia Department Of Revenue           JEFFERSON CAPITAL SYST
FIFTH THIRD CENTER                       1800 Century Blvd Suite 17200           16 MCLELAND RD
CINCINNATI, OH 45263                     Atlanta, GA 30345                       SAINT CLOUD, MN 56303




End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17
```