UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: CRYSTAL GAYLE COPELAND ) | CHAPTER 13 |
| ) | |
| Debtor. ) | CASE NO.: 17-66113-WLH |
| ) | |
| CRYSTAL GAYLE COPELAND ) | |
| Movant. ) | |
| ) | |
| v. ) | |
| ) | |
| ROSWELL AUTO IMPORT INC.[1], ) | |
| ROYAL CAPITAL FUNDING, INC. and ) | |
| DEALERINDUSTRY.COM, LLC d/b/a ) | |
| Automotive Capital Corporation ) | |
| Respondent. ) | |

**MOTION TO DETERMINE SECURED STATUS OF CLAIM**

COMES NOW, CRYSTAL GAYLE COPELAND ("Debtor") by and through Counsel and files this "Motion to Determine Secured Status of Claim" (the "Motion") against ROSWELL AUTO IMPORT INC., ROYAL CAPITAL FUNDING, INC. and AUTOMOTIVE CAPITAL CORPORATION (individually and collectively "Respondent" or "Creditor"). In support, Debtor offers the following:

1.

Jurisdiction is proper pursuant to 22 U.S.C. §§ 1334 and 157. Venue is proper pursuant to 28 U.S.C. § 1409. This matter is a core proceeding as defined in 28 U.S.C.§§ 157(b)(2)(A) and (B).

---

[1] Listed in Debtor's Voluntary petition as "Roswell Auto Imports"

2.

This Motion is brought pursuant to 11 U.S.C. § 506(a) and (d), Fed. R. Bankr. 3012 and 9014 and 11 U.S.C. §502 and 523.

3.

Debtor, CRYSTAL GAYLE COPELAND, is an individual. Respondent, ROSWELL AUTO IMPORT INC., is a Georgia corporation ("Roswell Auto"), which may be served through its registered agent. ROYAL CAPITAL FUNDING, INC., is a Georgia corporation ("Royal"), which may be served through its registered agent. DEALERINDUSTRY.COM, LLC, is a Florida limited liability company ("Dealer"), which may be served through its registered agent.

4.

The instant Chapter 13 case was initiated by Debtor filing a voluntary petition on September 15, 2017 and the Chapter 13 Plan was confirmed by Order of this Court entered on December 1, 2017 (Doc. No. 15).

5.

On or about June 1, 2016, Debtor purchased a 2006 Jeep Commander from Roswell Auto. Debtor included Roswell Auto as a secured creditor in her Chapter 13 case. Debtor provided for the vehicle loan owed to Roswell Auto in the amount of $9,000.00 to be paid through her Chapter 13 Plan at 5.25% interest with adequate protection payments of $100.00 per month with set payments of $100.00 per month increasing to $900.00 per month commencing with the June 2018 Chapter 13 payment.

6.

On or about September 20, 2017, this Court filed its Certificate of Mailing of the Notice of Meeting of Creditors and Notice of Chapter 13 Plan (Doc. Nos. 8 and 9) (the "Certificates of Mailing"). The Certificates of Mailing each show that Roswell Auto was served a copy of the Notice of Meeting of Creditors and Chapter 13 Plan at the same address which is set forth on Debtor's bill of sale with Roswell Auto, a copy of which is attached hereto as *Exhibit A*, and which is also the address for Roswell Auto as set forth on their website, www.roswellautoimports.com.

7.

On or about February/March 2018 it came to the attention of counsel for Debtor that Roswell Auto had not yet filed a Proof of Claim in the instant case. Both Debtor and counsel for Debtor contacted Roswell Auto numerous times regarding the Proof of Claim not being filed. Roswell Auto advised both Debtor and counsel for Debtor that the vehicle loan was charged off and sold to Automotive Capital Corporation. Both Debtor and counsel for Debtor were instructed by Roswell Auto to contact Automotive Capital Corporation at phone number (321) 296-8100. Both Debtor and counsel for Debtor have repeatedly tried to contact Automotive Capital Corporation at the number provided but the number is either busy or not in service each and every time it has been called. Counsel for Debtor was able to locate a fax number for Automotive Capital Corporation online but the fax number was also not a working number. The website for Automotive Capital Corporation is also not working as of the filing of this Motion. Counsel for Debtor contacted Roswell Auto again to let them know that the phone number they provided for Automotive Capital Corporation was not a working number. Roswell Auto

did not seem to care and when asked if they had ever tried to call the number they were providing, the reply was simply "no". Counsel for Debtor advised Roswell Auto that a Proof of Claim could be filed on the applicable lien holder's behalf but that some sort of documentation evidencing the transfer of the loan or the current lien holder would be needed. Counsel for Debtor was advised by Roswell Auto that they did not have any such paperwork and Counsel was again instructed to dial the non-working phone number of Automotive Capital Corporation to obtain what was needed. In an effort to find alternative ways to contact Automotive Capital Corporation it came to Counsel for Debtor's attention through www.bloomberg.com that DEALERINDUSTRY.COM, LLC does business as Automotive Capital Corporation. Dealer and Automotive Capital Corporation have the same address and contact information. As of the filing of this Motion and after repeated requests and attempts, neither Debtor nor counsel for Debtor has received any documentation from Roswell Auto regarding the lien holder on the loan or the transfer of the loan to Automotive Capital Corporation and neither Debtor nor counsel for Debtor has been able to reach anyone at Automotive Capital Corporation or Dealer regarding this vehicle loan.

8.

Debtor's vehicle is currently not being paid through her Chapter 13 case because no Proof of Claim has been filed. If no claim is filed, Debtor will eventually complete her Chapter 13 case but the lien on her vehicle will still remain depriving Debtor of her fresh start. Debtor is unable to file a secured Proof of Claim on behalf of the vehicle lien holder because Debtor is uncertain who the actual lien holder is on her vehicle and

Debtor does not have any documentation evidencing the current vehicle lien holder to attach to a secured Proof of Claim.

9.

If Respondent is not able to produce any documentation reflecting a valid lien on Debtor's vehicle then any such claim by Respondent should be deemed unenforceable against Debtor or at the very least be deemed wholly unsecured and Respondent's lien against Debtor's vehicle should be declared void upon entry of a discharge in this Case.

WHEREFORE, Debtor prays:

(a) that this "Motion to Determine Secured Status of Claim" be filed, read, and considered;

(b) that Respondent be required to provide Debtor and or Debtor's counsel with documentation evidencing the current lien holder on Debtor's vehicle or the transfer of the vehicle loan to Automotive Capital Corporation;

(d) that any claim of Respondent regarding Debtor's vehicle be deemed to be wholly unsecured;

(e) that Respondent's lien against Debtor's vehicle should be declared void upon entry of a discharge in this Case; and

(e) that this Honorable Court grant such other and further relief as it deems just and proper.

Respectfully submitted this 11th day of April, 2018.

___/s/_____
Howard Slomka, Esq.
Georgia Bar # 652875
Slipakoff & Slomka, P.C.
Attorney for Debtor
2859 Paces Ferry Road SE
Suite 1700
Atlanta, GA 30339

# EXHIBIT A

# ROSWELL AUTO IMPORTS
2103 AUSTELL ROAD
MARIETTA, GA 30008
770-649-9297
Fax: 770-214-4200

| ORDER DATE | 6/01/16 |
|---|---|
| DELIVERY DATE | 6/01/16 |
| STOCK NUMBER | R9043 |

**PURCHASER**

- NAME: CRYSTAL GAYLE COPELAND
- DATE OF BIRTH: 09/24/79
- PROV ID: 058461836
- ADDRESS: 2665 FAVOR RD APT Q6
- CITY: MARIETTA
- STATE: GA
- COUNTY: COBB
- ZIP: 30060

| NEW | USED | DEMO | YEAR | MAKE | MODEL | BODY | COLOR |
|---|---|---|---|---|---|---|---|
| | X | | 2006 | JEEP | COMMANDER | 4DR | BLACK |

VEHICLE ID NO: 1J8HH48K56C329043
MILEAGE: EXEMPT

## VEHICLE SOLD – INSURANCE

## VEHICLE SOLD – LIEN HOLDER
NAME: ROYAL CAPITAL FUNDING INC
ADDRESS: PO BOX 421215
CITY: ATLANTA   STATE: GA   ZIP: 30342

## VEHICLE TRADED

| | Amount |
|---|---|
| BASE PRICE OF VEHICLE | 8,499.00 |
| The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract for sale. | |
| PROSSESING FEE | 495.00 |
| POWER TRAIN 3MTS/3000 | 393.00 |
| PRE DELIVERY | |
| VEHICLE PRICE | 8,499.00 |
| TOTAL VEHICLE PRICE | 9,397.00 |
| LESS TRADE-IN ALLOWANCE | N/A |
| CASH DIFFERENCE | 9,397.00 |
| TAVT | 348.70 |
| BRT - Title Fee | 93.00 |
| Luxury Tax | N/A |
| TOTAL CASH PRICE | 9,841.50 |
| BALANCE OWED ON TRADE-IN | N/A |
| BALANCE DUE | 9,841.50 |
| EXTENDED SERVICE CONTRACT | N/A |
| NON-REFUNDABLE PARTIAL PAYMENT | 800.00 |
| DUE ON DELIVERY | 9,041.50 |

TERMS AND CONDITIONS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: CRYSTAL GAYLE COPELAND | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | CASE NO.: 17-66113-WLH |
| _____ | ) | _____ |
| | ) | |
| CRYSTAL GAYLE COPELAND | ) | |
| Movant. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROSWELL AUTO IMPORT INC.[10], | ) | |
| ROYAL CAPITAL FUNDING, INC. and | ) | |
| DEALERINDUSTRY.COM, LLC d/b/a | ) | |
| Automotive Capital Corporation | ) | |
| Respondent. | ) | |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that CRYSTAL GAYLE COPELAND has filed a Motion to Determine Secured Status of Claim.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion to Determine Secured Status of Claim in Courtroom 1403, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303 at 9:30 A.M. on May 16, 2018.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your view, then you and/or your attorney must attend the hearing. You

---

[10] Listed in Debtor's Voluntary petition as "Roswell Auto Imports"

may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Room 1340, 75 Ted Turner Drive, SW, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: April 11, 2018

                                                      /s/
Howard Slomka, Esq.
Georgia Bar # 652875
Slipakoff & Slomka, P.C.
Attorney for Debtor
2859 Paces Ferry Road SE
Suite 1700
Atlanta, GA 30339

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: CRYSTAL GAYLE COPELAND ) | CHAPTER 13 |
| ) | |
| Debtor. ) | CASE NO.: 17-66113-WLH |
| ) | |
| _____ ) | _____ |
| ) | |
| CRYSTAL GAYLE COPELAND ) | |
| Movant. ) | |
| ) | |
| v. ) | |
| ) | |
| ROSWELL AUTO IMPORT INC., ) | |
| ROYAL CAPITAL FUNDING, INC. and ) | |
| DEALERINDUSTRY.COM, LLC d/b/a ) | |
| Automotive Capital Corporation ) | |
| Respondent. ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing Motion to Determine Secured Status of Claim and Notice of Hearing in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Nancy J Whaley (served via ECF)
Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Crystal Gayle Copeland
3417 Windcliff Dr Se
Marietta, GA 30067

Roswell Auto Imports
2103 Austell Road
Marietta, GA 30008[2]

---

[2] Name and Address per June, 1, 2016 Bill of Sale with Debtor and per website www.roswellautoimports.com

ROSWELL AUTO IMPORT INC.
PO Box 421215
Atlanta, GA, 30342-3629[3]

ROSWELL AUTO IMPORT INC.
c/o RAMIN ROOHI
2103 Austell Rd,
Marietta, GA, 30008[4]

ROYAL CAPITAL FUNDING, INC.
PO Box 421215
Atlanta, GA, 30342[5]

ROYAL CAPITAL FUNDING, INC.
c/o RAMIN ROOHI
PO Box 421215
Atlanta, GA, 30342[6]

Automotive Capital Corporation
2295 S Hiawassee Rd #410
Orlando, FL 32835[7]

DEALERINDUSTRY.COM, LLC
2295 S HIAWASSEE RD
SUITE 410
ORLANDO, FL 32835[8]

DEALERINDUSTRY.COM, LLC
c/o Austin Dame
2295 S HIAWASSEE RD
ORLANDO, FL 32835[9]

Dated this 11th day of April, 2018

---

[3] Principal office address per Georgia Secretary of State
[4] Registered agent per Georgia Secretary of State
[5] Principal office address per Georgia Secretary of State
[6] Registered agent per Georgia Secretary of State
[7] Address per www.google.com
[8] Principal office and mailing address per Florida Secretary of State, Georgia Secretary of State and address per www.bloomberg.com
[9] Registered agent per Florida Secretary of State

Respectfully Submitted,

\_\_\_/s/_____
Howard Slomka, Esq.
Georgia Bar # 652875
Slipakoff & Slomka, P.C.
Attorney for Debtor
2859 Paces Ferry Road SE
Suite 1700
Atlanta, GA 30339